*Monday, March 8, 1999*

## MOTION DOCKET

**96–677. State v. Smith.**
Butler C.P. No. CR95050471. On December 12, 1997, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that all matters have been disposed of in case No. 96–677, appellant's direct appeal of his conviction, and case No. 98–2151, appellant's post-conviction appeal,

IT IS ORDERED by this court, *sua sponte*, that the stay of execution entered in this cause on December 12, 1997, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 7th day of June, 1999, in accordance with the statutes so providing.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Butler County.

**97–1187. State v. Goodwin.**
Cuyahoga App. No. 68531. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Cuyahoga County Common Pleas Court, and an appeal of the trial court's denial of the petition is now pending in the Cuyahoga County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**98–952. Biddle v. Warren Gen. Hosp.**
Trumbull App. No. 96–T–5582. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of the joint motion to increase time for oral argument,

IT IS ORDERED by this court that the motion be, and hereby is, granted, and oral argument is extended to twenty minutes per side.

**98–1274. Laidlaw Waste Sys., Inc. v. Consol. Rail Corp.**
Certified Question of State Law, No. C2980277. This cause came before the court on the certification of a state law question from the United States District Court, Southern District of Ohio, Eastern Division. Upon consideration of the motion of *amicus curiae* state of Ohio, Bureau of Workers' Compensation, for leave to participate in oral argument,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to petitioner.